UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :       ORDER

    v.                        :       08 Cr. 291 (JFK)

OFACIO FALCON and               :
JOSE SANTIAGO,
                                :
        Defendants.
                                :
- - - - - - - - - - - - - - - - x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-14-08
```

JOHN F. KEENAN, District Judge:

    Upon the application of the United States of America, by and through Assistant United States Attorney Rebecca A. Rohr, and with the consent of the defendants, OFACIO FALCON and JOSE SANTIAGO, by and through their respective counsel, Sabrina Shroff, Esq. and Martin Siegel, it is hereby ORDERED that the time between August 14, 2008, and the date of the next proceeding scheduled in this matter, September 25, 2008 at 10:00 AM, is excluded for purposes of the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), in the interests of justice. The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because it will allow counsel to discuss a potential disposition of the case.

    SO ORDERED.

Dated:  New York, New York
       August 14, 2008

                                     /s/ John F. Keenan
                              HON. JOHN F. KEENAN
                              United States District Judge