**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------X
UNITED STATES OF AMERICA,            :
                                     :
    -against-                        :  No. 08 Cr. 291 (JFK)
                                     :
JOSE SANTIAGO,                       :  **ORDER**
                                     :
                    Defendant.   :
-------------------------------------X

**JOHN F. KEENAN, United States District Judge:**

    Before the Court is a motion by Defendant Jose Santiago for early termination of his current term of supervised release. (ECF No. 36.)  The Government consents to Mr. Santiago's motion. (ECF No. 38.)

    Accordingly, the term of supervised release, imposed by the Court on October 29, 2010, (ECF No. 26), is hereby TERMINATED effective today, April 22, 2020.

**SO ORDERED.**

Dated:   New York, New York
        April 22, 2020

                                                  _____
                                                  John F. Keenan
                                              United States District Judge