**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
    -against-                      :  No. 08 Cr. 291 (JFK)
                                   :
JOSE SANTIAGO,                     :  **ORDER**
                                   :
                    Defendant.     :
------------------------------------X

**JOHN F. KEENAN, United States District Judge:**

Upon review of defense counsel's emailed request, it is hereby ORDERED that Martin J. Siegel be appointed to represent Defendant Jose Santiago in the above-captioned matter, pursuant to the Criminal Justice Act, effective as of February 15, 2020.

**SO ORDERED.**

Dated:   New York, New York
         April 30, 2020

                                   _____
                                   John F. Keenan
                                   United States District Judge