```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------- X
UNITED STATES OF AMERICA,        :
                                 :   No. 08 Cr. 291 (JFK)
     -against-                   :   No. 16 Civ. 4957 (JFK)
                                 :
JOSE SANTIAGO,                   :         ORDER
                                 :
               Defendant.        :
-------------------------------- X
```

**JOHN F. KEENAN, United States District Judge**:

On June 3, 2020, the Court directed the Government to file a letter regarding whether the stay of proceedings in this habeas action should remain in effect.  On June 25, 2020, the Government filed a letter consenting in part to Defendant Jose Santiago's 28 U.S.C. § 2255 motion, but requesting that the Court enter an amended judgment on the remaining counts of Santiago's conviction and reimposing Santiago's original 11-year sentence.

Accordingly, Santiago shall have until July 24, 2020, to file a response, if any.  Absent further order, Santiago's motion will be considered fully submitted as of that date.

The Clerk of Court is respectfully directed to terminate the stay imposed in this case.

**SO ORDERED.**

Dated:  New York, New York
        June 26, 2020

_____
John F. Keenan
United States District Judge